UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Darwin Mullins ) | |
|   aka Darby Mullins ) | CASE NO. 15-32333-HCD |
| ) | |
| Debtor. ) | |

**RESPONSE TO CHAPTER 7 TRUSTEE'S MOTION TO APPROVE CONSENTED PUBLIC SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C 363 (B), (F), AND (M), (B) SALE PROCEDURES, (C) SURCHARGE AGREEMENT BETWEEN SECURED LENDER AND THE ESTATE**

Comes now JPMorgan Chase Bank, National Association, (hereafter "Claimant"), by counsel, and responds to the Trustee's Motion to Approve Consented Public Sale of Real Property Free and Clear of all Lines, Encumbrances, and Interests as follows:

1. Claimant has an interest via its mortgage in the property owned by the Debtors and commonly known as 29925 Priscilla Court, Elkhart, IN 46517, which property is the subject of the Trustee's Application.

2. Claimant has agreed to accept the sum of $147,028.42 in satisfaction of its lien provided the funds are received by 5pm on February 15, 2067 and the fully executed Arm's Length Affidavit is received within 72 hours before the scheduled closing date.

3. Provided the above conditions are met, Claimant does not object to the sale of the Real Property that is the subject of the Trustee's Motion.

WHEREFORE, Claimant respectfully requests that the proceeds realized from the sale of the subject Real Estate be used to pay Claimant's mortgage as indicated, and for all other relief appropriate in the premises.

Dated: February 1, 2017

        /s/ Fredric Lawrence
        Fredric Lawrence, Atty. #20224-49
        NELSON & FRANKENBERGER
        550 Congressional Blvd, Suite 210
        Carmel, Indiana 46032
        Phone: 317/844-0106
        Fax: 317/846-8782
        E-mail: rick@nf-law.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he has, on the 1st day of February, 2017, electronically filed the foregoing. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

- Nancy J. Gargula    USTPRegion10.SO.ECF@usdoj.gov
- Rebecca Hoyt Fischer    roberta@ladfislaw.com, rhf@trustesolutions.com;RHF@trustesolutions.net;ryan@ladfislaw.com
- John W. Van Laere    jvl@jonesobenchain.com, asnider@jonesobenchain.com

/s/ Fredric Lawrence
Fredric Lawrence

**This communication is from a debt collector and is an attempt to collect a debt; any information obtained will be used for that purpose.**