# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

**In Re:**
**Darwin Mullins**
**aka Darby Mullins**
DEBTOR

Case No. 15-32333-hcd
Chapter 7

## OBJECTION TO PROOF OF CLAIM

Debtor, Darwin Wayne Mullins, by counsel, objects to the Proof of Claim filed by the Department of the Treasury– Internal Revenue Service (Claim Number 3). In support of this objection, Debtor shows the Court as follows:

1. The IRS claim identifies the amount due and owing at $37, 687.71, which sum includes alleged tax due for tax period 12-31-2012 in the amount of $10,976.10; taxes due for tax period 12-31-2013 in the amount of $20,924.10; and taxes due for tax period 12-31-2014 in the amount of $3,337.99.

2. Debtor's tax return for tax period 12-31-2012 confirms the amount of taxes due and owing is only $1,754.

3. Debtor's tax return for tax period 12-31-2013 confirms taxes due and owing in the amount of $7,516.

4. Debtor's tax return for tax period 12-31-2014 confirms taxes due and owing of $1,296.

Therefore, Debtor respectfully asks the Court to disallow the claim of the Department of the Treasury– Internal Revenue Service, and asks for all other just and appropriate relief.

DATE: FEBRUARY 14, 2017

/s/ Brian R. Gates

Brian R. Gates | 26369-71

JONES OBENCHAIN, LLP
600 KEYBANK BUILDING
202 S. MICHIGAN ST.
POST OFFICE BOX 4577
SOUTH BEND, IN 46634-4577

574.233.1194 EXT 139 | 574.233.8957 FAX

BGATES@JONESOBENCHAIN.COM

**Darwin Mullins' Attorney**

## CERTIFICATE OF SERVICE

I certify that on February 14, 2017 I served a copy of this Objection to Claim on the following via the Court's ECF system or via U.S. mail:

Rebecca Hoyt Fischer
roberta@ladfislaw.com
Chapter 7 Trustee

Nancy J. Gargula
ustpregion10.so.ecf@usdoj.gov
United States Trustee

Steven D. Carpenter
scarpenter1@dor.in.gov
Attorney for Indiana Department of Revenue

Fredric Lawrence
Rick@nf-law.com
Attorney for JPMorgan Chase Bank, National Association

Robin W. Morlock
Assistant U.S. Attorney
Robin.Morlock@usdoj.gov
Attorney for Internal Revenue Service

Jeff Sessions
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-00001

Department of the Treasury –
Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19107-7346

Department of the Treasury –
Internal Revenue Service
c/o Demetric Booker
Bankruptcy Specialist
The Internal Revenue Service
575 North Pennsylvania St. M/S SB380
Indianapolis, IN 46204

/s/ Brian R. Gates
Brian R. Gates